STUART BARASCH
California  Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE M. THOMAS,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner<br>of Social Security,<br><br>        Defendant. | 1:05-cv-00334 LJO<br><br>STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |

Plaintiff Denise M. Thomas and defendant Jo Anne B. Barnhart, Commissioner of Social Security, through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for the Plaintiff to prepare and deliver her Letter Brief, pursuant to numbered paragraph 3 of the Court's Scheduling Order, due on August 10, 2005 to September 9, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

1

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to prepare her Confidential Letter. This is plaintiff's first request for an extension of time.

DATED: July 21, 2005                    *S/Stuart Barasch*
                                         STUART BARASCH, Attorney for
                                         Plaintiff Denise M. Thomas


DATED: July 22, 2005                    McGREGOR W. SCOTT
                                         United States Attorney


                                         *S/Kristy Kapetan*
                                         KRISTI KAPETAN
                                         Assistant United States Attorney
                                         Attorneys for Federal Defendant
                                         JO ANNE B. BARNHART, Commissioner of
                                         Social Security

ORDER

Based upon the foregoing stipulation of the parties,

IT IS SO ORDERED.

**Dated:   July 22, 2005**                    **/s/ Lawrence J. O'Neill**
66h44d                                         UNITED STATES MAGISTRATE JUDGE

2