**STUART BARASCH**
California Bar #74108
925 - 41ST Street
Miami Beach, FL 33140
(305) 673-8366
(800) 445-2930
Fax (213) 621-2536
Email: sblawoffice@aol.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE M. THOMAS, | CV-F 05-00334-LJO |
| Plaintiff(s), | Hon. Lawrence J. O'Neill<br>United States Magistrate Judge |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | MOTION TO DISMISS THE COMPLAINT; AND PROPOSED ORDER |
| Defendant(s). | |

    PLEASE TAKE NOTICE that Plaintiff Denise M. Thomas, through her attorney of record, petitions this Court to dismiss the complaint filed on March 11, 2005  The reason for this motion, is that after a thorough review of the administrative record, plaintiff's counsel has come to the conclusion that this action lacks merit.  Plaintiff's has conferred with plaintiff, who has agreed to dismiss her complaint.  Attached hereto as exhibit "A" is plaintiff's acknowledgment to dismiss.

Dated:   September 23, 2005                                   Respectfully submitted,

                                                                                             S/ Stuart Barasch
                                                                                          STUART BARASCH
                                                                                         Attorney for Plaintiff

**ORDER**

On this date came on to be considered the Motion to Dismiss the Complaint. The Court is of the opinion that plaintiff's request should be **GRANTED**.

It is, therefore, **ORDERED** that plaintiff's complaint be dismissed.

IT IS SO ORDERED.

**Dated:   September 23, 2005**            **/s/ Lawrence J. O'Neill**
66h44d                                     UNITED STATES MAGISTRATE JUDGE